IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE:

| | | |
|---|---|---|
| THE UNITED STATES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Court No. 21-361 |
| | ) | |
| CROWN CORK & SEAL, USA, INC. | ) | |
| and CROWN CORK & SEAL CO., INC., | ) | |
| | ) | |
| Defendants. | ) | |

## JURY DEMAND

Pursuant to Rule 38 of the Rules of the Court of International Trade, the United States, by and through its undersigned attorneys, respectfully submits this jury demand on all issues of fact, including the quantum of penalties owed.

Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

FRANKLIN E. WHITE, JR.
Assistant Director

*/s/ William Kanellis*
WILLIAM KANELLIS

OF COUNSEL:
PHILIP HISCOCK
Senior Attorney
U.S. Customs and Border Protection
Office of the Associate Chief Counsel
610 S. Canal St., Ste. 767
Chicago, IL 60607

U.S. Department of Justice
Civil Division
Commercial Litigation Branch
1100 L Street, NW, Suite 10000
Washington, D.C. 20009
(202) 532-5749

Attorneys for Plaintiff

Dated: July 28, 2021