## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| UNITED STATES,<br>   *Plaintiff*,<br>v.<br>CROWN CORK & SEAL, USA, INC., *et ano.*,<br>   *Defendants*. | Ct. No. 21-00361<br><br>Before: M. Miller Baker, Judge |

### ORDER

It is hereby **ORDERED** that Defendants' motion for oral argument (ECF 15) on their motion to dismiss (ECF 10) Counts I and II of the government's complaint is **GRANTED**; and it is further

**ORDERED** that the court will hear oral argument at 10:00 AM on March 22, 2021, in Courtroom 1 of the James L. Watson Courthouse, U.S. Court of International Trade, 1 Federal Plaza, New York, New York 10278; and it is further

**ORDERED** that counsel who would prefer to appear remotely may do so. Counsel wishing to appear remotely must inform the Case Manager, Casey Anne Cheevers, at 212-264-1615, no later than Friday, March 11, 2021.

| | |
|---|---|
| Dated:   December 10, 2021<br>               New York, New York | /s/ *M. Miller Baker*<br>M. Miller Baker, Judge |