UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| UNITED STATES,<br> *Plaintiff*,<br>v.<br>CROWN CORK & SEAL, USA, INC., *et ano.*,<br> *Defendants*. | Ct. No. 21-00361<br><br>Before: M. Miller Baker, Judge |

## ORDER

For the reasons stated from the bench, the court hereby **GRANTS** Plaintiff's motion to dismiss under Rule 12(b)(6) and **DISMISSES** Counts I and II of the government's complaint **WITHOUT PREJUDICE**. The government may file an amended complaint within 21 days of the date of this order. If the government fails to do so, Counts I and II will be deemed dismissed with prejudice.

Dated: May 19, 2022      /s/ *M. Miller Baker*
     New York, New York    M. Miller Baker, Judge