UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: THE HONORABLE M. MILLER BAKER, JUDGE

| | |
|---|---|
| THE UNITED STATES, )<br>)<br>Plaintiff, )<br>)<br>)<br>v. )<br>)<br>CROWN CORK & SEAL, USA, INC., )<br>and CROWN CORK & SEAL CO., INC., )<br>)<br>Defendants. )<br>) | Court No. 21-00361 |

MOTION FOR ORAL ARGUMENT

On behalf of Defendants Crown Cork & Seal, USA, Inc. ("Crown USA") and Crown Cork & Seal Co., Inc. ("CCK") (collectively, "Defendants" or the "Crown Companies"), and pursuant to the U.S. Court of International Trade's ("CIT") Rule 7(c), we respectfully move this Court for an order setting a date and time for oral argument on Defendants' Motion to Dismiss Counts I and II of Plaintiff's Amended Complaint (the "Motion to Dismiss"). This Motion for Oral Argument (the "Motion") is timely filed concurrent with Defendants' Reply to Plaintiff the United States' ("Plaintiff" or the "Government") Opposition to the Motion to Dismiss pursuant to CIT Rule 7(c).

1

Upon reviewing the briefing in connection with the Motion to Dismiss, the Crown Companies believe that oral argument will assist the Court in reaching a decision on the Motion to Dismiss. Oral argument would allow the Court to question the parties in more detail about the sufficiency of the fraud and gross negligence claims, and any other issues of particular significance to the Court in ruling on the Motion to Dismiss Counts I and II of the Amended Complaint.

If the Court grants this Motion, the Crown Companies intend to consult with the Court and the Government to determine a hearing date that is convenient for the Court and the parties.

WHEREFORE, the Crown Companies respectfully move this Court to grant their Motion for Oral Argument.

A proposed Order accompanies this Motion.

*[Signature on following page]*

Respectfully Submitted,

**/s/ Leah N. Scarpelli**
Leah N. Scarpelli
Jackson D. Toof

**ArentFox Schiff LLP**
1717 K Street, NW
Washington, DC 20006
Tel: (202) 857-6000
Fax: (202) 857-6395
Email:   leah.scarpelli@afslaw.com
              jackson.toof@afslaw.com

*Counsel for Defendants Crown Cork & Seal, USA, Inc. and Crown Cork & Seal Co., Inc.*

UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: THE HONORABLE M. MILLER BAKER, JUDGE

| | |
|---|---|
| THE UNITED STATES,<br><br>    Plaintiff,<br><br>    v.<br><br>CROWN CORK & SEAL, USA, INC.,<br>and CROWN CORK & SEAL CO., INC.,<br><br>    Defendants. | Court No. 21-00361 |

## ORDER

Upon consideration of Defendants' Motion for Oral Argument, it is hereby

**ORDERED** that the Motion for Oral Argument is granted; and it is further

**ORDERED** that the oral argument will be set for a date and time convenient to the Court and the parties.

**SO ORDERED.**

Dated: August ___, 2022  
New York, New York                    The Hon. M. Miller Baker, Judge

4