## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| UNITED STATES,<br>    *Plaintiff*,<br>v.<br>CROWN CORK & SEAL, USA, INC., *et ano.*,<br>    *Defendants*. | Ct. No. 21-00361<br><br>Before: M. Miller Baker, Judge |

## ORDER OF REFERRAL TO MEDIATION

Upon consideration of all papers filed, the court refers this case to mediation under USCIT Rule 16.1. Judge Leo M. Gordon has agreed to serve as the Judge Mediator and will facilitate all mediation sessions.

This case is hereby **STAYED** through June 30, 2023. Unless the parties file a stipulation of dismissal or a stipulated judgment disposing of all claims in this matter by that date, or unless the court further extends the mediation period at the suggestion of Judge Gordon, the stay will automatically lift on July 1, 2023, and the case will return to the active calendar without further direction from the court. Should the stay lift, the court will then issue a Rule 16 letter and set a deadline for Defendants to file their answer.

Dated:    March 16, 2023                    /s/ *M. Miller Baker*
          New York, New York                M. Miller Baker, Judge