Form M-2-1

**UNITED STATES COURT OF INTERNATIONAL TRADE**          **FORM   M-2**

UNITED STATES,

                    Plaintiff,

      v.

CROWN CORK & SEAL, USA, INC., ET. AL,

                    Defendant.

**Court No.:**  21-00361

**REPORT OF MEDIATION**

That pursuant to the Order of Referral dated  March 16, 2023          in this case,

I served as Judge Mediator for the mediation process between the parties in this

case.  The process was concluded on  May 26, 2023                        ;

_____  The mediation resulted in a settlement of all issues;

_____  The mediation resulted in a partial settlement;

  ✓    The mediation did not result in a settlement;

                              /s/ Leo M. Gordon
                              _____
                              (Name)
                              Judge Mediator

DATED:      May 30, 2023
            New York, New York

(Added Sept. 30, 2003, eff. Jan. 1, 2004; Dec. 6, 2011, eff. Jan. 1, 2012.)