UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: HONORABLE M. MILLER BAKER, JUDGE

| | |
|---|---|
| THE UNITED STATES, | ) |
| Plaintiff, | ) |
| v. | ) Court No. 21-361 |
| CROWN CORK & SEAL, USA, INC. and CROWN CORK & SEAL CO., INC., | ) |
| Defendants. | ) |

STIPULATION OF DISMISSAL

PLEASE TAKE NOTICE that plaintiff, pursuant to Rule 41(a)(1)(A)(ii) of the Rules of the United States Court of International Trade, and pursuant to the terms of the parties settlement agreement, having filed a stipulation of dismissal signed by all parties who have appeared in this action, hereby dismisses this action, with prejudice.

Respectfully submitted,

BRETT A. SHUMATE
Principal Deputy Assistant Attorney General

PATRICIA M. McCARTHY
Director

/s/ Franklin E. White, Jr.
FRANKLIN E. WHITE, JR.
Assistant Director

/s/ Mikki Cottet
MIKKI COTTET
Senior Trial Counsel
Commercial Litigation Branch
Civil Division

                                 U.S. Department of Justice
                                 P.O. Box 480, Ben Franklin Station
                                 Washington, DC  20044
                                 Telephone: (202) 307-0962
                                 E-mail: Mikki.Cottet@usdoj.gov
                                 Attorneys for Plaintiff, United States

                                 <u>/s/ Jackson D. Toof</u>
                                 JACKSON D. TOOF
                                 LEAH N. SCARPELLI
                                 ArentFox Schiff LLP
                                 1717 K Street, N.W.
                                 Washington, DC 20006
                                 Tel: (202) 857-6000
                                 E-mail: jackson.toof@afslaw.com
                                             leah.scarpelli@afslaw.com

September 2, 2025              Attorneys for Defendants, Crown Cork & Seal USA, Inc.,
                                 and Crown Cork & Seal Co., Inc.


## ORDER OF DISMISSAL

      This action, having been voluntarily stipulated for dismissal by all parties having appeared in the action, is dismissed.

Dated: _____, 2025

                                 Clerk, U.S. Court of International Trade

                                 By: _____
                                              Deputy Clerk


Court No. 21-00361